NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEY PHARMA, LP AND DEY INC.,**
*Plaintiffs-Appellees,*

v.

**SUNOVION PHARMACEUTICALS INC.,**
*Defendant-Appellant.*

---

2011-1507

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0372, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

Sunovion Pharmaceuticals Inc. moves for a 7-day extension of time, until December 5, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edgar H. Haug, Esq
    Joseph M. O'Malley, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK